**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 11, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00748-CV

---

### STEWART A. FELDMAN AND THE FELDMAN LAW FIRM LLP, Appellants

### V.

### DR. NESTOR MARTINEZ; NM HEALTH SERVICES-NORTH, P.A.; PAIN & RECOVERY CLINIC OF NORTH HOUSTON; AND CAGUAS CASUALTY CORP., Appellees

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-07407**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 16, 2020. On January 27, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer and Poissant.